# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY ROSE BONNING,<br><br>          Plaintiff,<br><br>     v.<br><br>GOVERNOR BRAD LITTLE and ADA COUNTY SHERIFF STEPHEN BARTLETT,<br><br>          Defendants. | Case No. 1:21-cv-00165-BLW<br><br>**JUDGMENT** |

In accordance with the Successive Review Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is ordered closed.

DATED: March 1, 2022

_____
B. Lynn Winmill
U.S. District Court Judge